1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ANTONIO PEREZ,                              No.  2:14-cv-2077 GEB DB P

12                  Plaintiff,

13         v.                                    ORDER

14   S. MATIS,

15                  Defendant.

16

17         Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19   28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20         On December 15, 2017, the magistrate judge filed findings and recommendations herein

21   which were served on all parties and which contained notice to all parties that any objections to

22   the findings and recommendations were to be filed within fourteen days.  Neither party has filed

23   objections to the findings and recommendations.

24         The court has reviewed the file and finds the findings and recommendations to be

25   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26   ORDERED that:

27         1.  The findings and recommendations filed December 15, 2017 (ECF No. 37) are adopted

28   in full;

                                                    1

1    2.  Defendant's request for costs (ECF No. 34) is granted in part;

2    3.  Plaintiff's motion to strike the bill of costs (ECF No. 36) is denied; and

3    4.  Costs are taxed against plaintiff in the amount of $100.00.

4  Dated:  January 17, 2018

<br/>

```
                                    _____
                                    GARLAND E. BURRELL, JR.
                                    Senior United States District Judge
```